IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:17cr187

WILLIAM PRIGMORE,

    JUDGE WALTER H. RICE

    Defendant.

---

ENTRY ALLOWING ATTORNEY VISIT AT MONTGOMERY COUNTY JAIL

---

Although Defendant is represented by attorney Jeff McQuiston, with counsel's approval and that of the Court, Mr. Daniel J. O'Brien, attorney at law, is authorized to visit the captioned Defendant at the Montgomery County Jail.

December 22, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Daniel J. O'Brien, Esq.