IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM, aka "NICK," PRIGMORE,

    Defendant.

Case No. 3:17cr187

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S PRO SE MOTION TO EXPEDITE RULING AND SUMMARY JUDGMENT ON MOTION TO CHANGE DETENTION CONDITIONS DUE TO AN EXTENDED AMOUNT OF TIME BEING TORTURED (DOC. #205), AND MOTION REQUESTING THIS COURT TO REVIEW ALL PUBLIC RECORDS UNDER DEFENDANT'S NAME AND SOCIAL SECURITY NUMBER INCLUDING BUT NOT LIMITED TO D.Y.S., ODRC, DETMER AND THIS CASE. . . PATTERN OF TORTURE UNDER . . . DETENTION CONDITIONS (DOC. #206)

---

The captioned motions are OVERRULED by this Court due to its lack of jurisdiction over a manner pending before the United States Court of Appeals for the Sixth Circuit or for reasons that this Court has no jurisdiction to order the Bureau of Prisons to grant the relief requested.

July 6, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
William Prigmore #77153-061, Federal Correctional Institution, P.O. Box 33, Terre Haute, Indiana 47808