IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

WILLIAM, aka "NICK," PRIGMORE,

    Defendant.

Case No. 3:17cr187

JUDGE WALTER H. RICE

---

ORDER TO CLERK OF COURT FOR THE SOUTHERN DISTRICT
OF OHIO, WESTERN AND EASTERN DIVISION

---

Since the date of the Defendant's sentencing, held on July 31, 2020 (Doc. #148), journalized in a Judgment Entry dated November 13, 2020 (Doc. #157), this Court has been inundated with almost daily communications from the Defendant which, other than a constant refrain of "I've been done wrong," contain nothing more than unintelligible gibberish. Early on, this Court ordered all these letters to be sealed and filed with the office of the Clerk of Courts entitled "letter from Defendant William Prigmore."

His underlying conviction is presently pending before the United States Court of Appeals for the Sixth Circuit.

It is the order of this Court that, henceforth, all communications from the Defendant directed to the Clerk of Courts and styled "legal mail," be returned to the Defendant, unopened, at his present place of residence as #77153-061, Federal Correctional Institution, P.O. Box 33, Terre Haute, Indiana 47808. To the extent that his "legal mail" sets forth a purported motion

directed to his conviction and the events leading up to same, this Court is completely without the jurisdiction to consider same, due to the fact that his appeal is pending with a higher court.

He is, of course, more than welcome to file any motions he wishes before the United States Court of Appeals for the Sixth Circuit, the address of which is:

>United States Court of Appeals for the Sixth Circuit
>Potter Stewart U.S. Courthouse
>100 East Fifth Street
>Cincinnati, Ohio 45202

July 8, 2021

*(signed)* Walter H. Rice (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
William Prigmore #77153-061, Federal Correctional Institution, P.O. Box 33, Terre Haute, Indiana 47808