# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 11, 2022

Mr. Richard W. Nagel
Southern District of Ohio at Dayton
200 W. Second Street
Suite 712 Federal Building
Dayton, OH 45402-0000

      Re:  Case No. 21-3716, *USA v. William Prigmore*
           Originating Case No: 3:17-cr-00187-1

Dear Mr. Nagel:

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                      s/Patricia J. Elder, Senior Case Manager
                                        for Ryan Orme, Case Manager

cc:  Mr. Kevin Koller
      Mr. William Prigmore

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-3716

_____

Filed: July 11, 2022

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

WILLIAM PRIGMORE

    Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 06/16/2022 the mandate for this case hereby issues today.

 COSTS:  None